CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 01 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH MCGRIFF,<br>   Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:14-cv-00214 |
| v. | ) <br> ) | **ORDER** |
| CHRISTOPHER ZYCH,<br>   Respondent. | ) <br> ) <br> ) | By:   Hon. James C. Turk<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice**, pursuant to Rules 1(b) and 4 of the Rules Governing § 2254 Cases, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

**ENTER:** This _____ day of May, 2014.

_____
Senior United States District Judge